UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRETT DINOVI & ASSOCIATES, LLC,

                Plaintiff,

    - against -

AUTOMATIC DATA PROCESSING, INC.,

                Defendant.

---

22-cv-8123 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a pre-motion conference in connection with the plaintiff's anticipated motion to dismiss counterclaims on **December 9, 2022**, at **4:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          December 1, 2022

                          John G. Koeltl
                   United States District Judge