UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

BRETT DINOVI & ASSOCIATES, L.L.C.,

                    Plaintiff,                    22-cv-8123 (JGK)

          - against -                            ORDER

AUTOMATIC DATA PROCESSING, INC., et
al.,

                    Defendants.

_____

JOHN G. KOELTL, District Judge:

     The plaintiff may file a motion to dismiss the pending

counterclaim by **January 20, 2023.** The defendants may respond by

**February 3, 2023.** The plaintiffs may reply **February 13, 2023.**
     *The parties should submit a Rule 26 (f) report by 1/20/23.*
     The conference scheduled for **January 26, 2023** is **canceled.**

SO ORDERED.

Dated:     New York, New York
           December 9, 2022

                                              John G. Koeltl
                                       United States District Judge